■ In the Matter of STUART SCHIFFMAN.—Respondent's motion granted, and the report of the Departmental Disciplinary

Committee is confirmed and petitioner's application for reinstatement and cross motion to disaffirm report are denied. Concur—Kupferman, J. P., Ross, Carro, Fein and Ellerin, JJ.